■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DERRICK SHANDS, Appellant. [703 NYS2d 751] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Lewis, J.), rendered September 17, 1998, convicting him of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the seventh degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the People failed to disprove the agency defense beyond a reasonable doubt is not preserved for appellate review (*see, People v Gray,* 86 NY2d 10; *People v Udzinski,* 146 AD2d 245). In any event, viewing the evidence in the light most favorable to the People (*see, People v Contes,* 60 NY2d 620, 621), we find that it was legally sufficient to disprove the defendant's claim that he was acting as an agent of the undercover officer in the narcotics transaction (*see, People v Herring,* 83 NY2d 780; *People v Lam Lek Chong,* 45 NY2d 64; *People v Leybovich,* 201 AD2d 670). Furthermore, upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence (*see,* CPL 470.15 [5]). Santucci, J. P., Altman, Friedmann and Goldstein, JJ., concur.